# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2015

Robert P. Young, Jr.,
Chief Justice

148971(60)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                                    SC: 148971
                                                                       COA: 312364
                                                                       Oakland CC: 2012-241272-FH

ROBERT TUTTLE,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Michigan Medical Marijuana Association for leave to file the late amicus curiae brief is GRANTED. The amicus brief submitted on January 12, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2015

